# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENNIE PARKS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COL ASSET MANAGEMENT,  )<br>and DOES 1-10, INCLUSIVE,  )<br>  )<br>  Defendants.  )<br>_____  ) | CIVIL ACTION NO.<br>1: 16-CV-2011 |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Bennie Parks, by and through his undersigned counsel, hereby dismisses the above captioned lawsuit without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 14th day of December, 2016.

[Signatures on next page]

ATTORNEY FOR THE PLAINTIFF
DAVID PRADO

Respectfully submitted,

s/ David A. Prado
By: David A. Prado, Esq.
Attorney Bar No. 876286
Attorney for Plaintiff Aaron Gallardo
The Prado Law Firm, PC.
3056 Greyfield Place
Marietta, GA 30067
OFFICE: (706) 431-7297
MOBILE: (770) 597-3269
E-mail: Dprado@ThePradoLawFirm.com